THE SKINNER MANUFACTURING COMPANY, A CORPORATION, *Plaintiff in Error,* v. E. E. DOUVILLE, *Defendant in Error.*

A verdict that necessarily includes a finding that bad faith was not proven will not be set aside if the evidence is such that the jury could lawfully have found there was no bad faith affecting the right of recovery.

This case was decided by the court En Banc.

Writ of error to the Circuit Court for Escambia County.

The facts in the case are stated in the opinion of the court.

*Maxwell & Reeves,* for Plaintiff in Error;

*William C. Fitts,* for Defendant in Error.

ON REHEARING.

PER CURIAM.—While bad faith on the part of the agent when properly pleaded and proven may be a defense in an action against the principal for compensation for services rendered, yet even when properly pleaded bad faith

is a question of fact to be determined by the jury, and a verdict that necessarily includes a finding that bad faith was not proven will not be set aside if the evidence is such that the jury could lawfully have found there was no bad faith affecting the right of recovery.

A rehearing is denied.